# United States Court of Appeals
## For the Eighth Circuit

_____

No. 16-1215
_____

Dee A. Schwyhart

*Plaintiff - Appellant*

v.

Carolyn W. Colvin, Acting Commissioner of Social Security

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Western District of Arkansas - Fayetteville

_____

Submitted: December 27, 2016
Filed: January 5, 2017
[Unpublished]

_____

Before SHEPHERD, ARNOLD, and KELLY, Circuit Judges.

_____

PER CURIAM.

Dee A. Schwyhart appeals the district court's[1] order affirming the Commissioner's determination--after a hearing before an administrative law judge--that she is not entitled to disability insurance benefits under the Social Security Act. Following careful review of the parties' submissions and the record before us, <u>see</u> <u>Ramirez v. Barnhart</u>, 292 F.3d 576, 583 (8th Cir. 2002) (standard of review), we are satisfied the Commissioner's decision is supported by substantial evidence in the record as a whole. Accordingly, the judgment of the district court is affirmed. <u>See</u> 8th Cir. R. 47B.

_____

[1]The Honorable Erin Setser, United States Magistrate Judge for the Western District of Arkansas, to whom the case was referred by consent of the parties pursuant to 28 U.S.C. § 636(c).